KENMORE ESTATES, INC., Appellant, v. MONTROSE INDUSTRIAL BANK, Respondent.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

SOPHIE KORNFELD, Respondent, v. SAM LETSIRO et al., Appellants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

BELLA S. LEBEAUX, Appellant, v. T. JEFFERSON LEBEAUX, Respondent.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.